**Order entered May 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00197-CV

## IN THE INTEREST OF V.I.P.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02616**

## ORDER

This is an appeal from "all portions" of the trial court's January 14, 2019 order on motion for child support. The order awards a money judgment against appellant and finds appellant in contempt. The contempt portion requires appellant to report to a community supervisions officer and pay a $500 fine and a $25 monthly community supervision fee.

Because a contempt judgment is reviewable only by petition for writ of habeas corpus, if confinement is ordered, or a petition for writ of mandamus, if no confinement is involved, we informed appellant by letter dated February 27, 2019 that the scope of the appeal would be limited to the non-contempt portion of the January 14th order. *See In re C.N.*, 313 S.W.3d 490, 491 n.1 (Tex. App.—Dallas 2010, no pet.). Nonetheless, on April 23, 2019, appellant filed an emergency motion for stay of the contempt portion of the judgment requiring him to report to a supervisions officer and pay the fine and supervision fees. Not having jurisdiction over the

contempt portion of the judgment, we also lack jurisdiction over the emergency motion. Accordingly, we take no action on the motion.

On April 23, 2019, appellant also filed a motion for the reporter's record and to supplement the clerk's record. In this motion, appellant lists the dates of the hearings he wishes to have transcribed and the documents that are not in the clerk's record. Included in the dates of the hearings he wishes to have transcribed is the date of trial.

Because the reporter's record of the trial has been filed, we **GRANT** this motion to the extent we **ORDER** court reporter Francheska Duffey to file a supplemental reporter's record containing the transcript of all other hearings listed in appellant's motion, which is attached to this order. We further **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the items identified in appellant's motion. If no record exists for any of the listed hearings, Ms. Duffey shall state so in writing. Similarly, Ms. Pitre shall state in writing if any of the requested documents cannot be located.

The supplemental reporter's and clerk's records and any written verification(s) shall be filed no later than May 29, 2019 and without payment of costs as appellant has filed a statement of inability to afford costs, and the statement has not been contested. *See* TEX. R. CIV. P. 145. Appellant's brief, which is currently due May 23, 2019, shall be filed within thirty days of the date the supplemental records and any verifications are filed.

In light of our rulings, we **DENY** as moot appellant's April 30, 2019 emergency motion to compel court reporter to produce supplemental clerk's record and reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey, Ms. Pitre, and the parties.

/s/    ERIN A. NOWELL
       JUSTICE